UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>$36,000 IN UNITED STATES CURRENCY<br>SEIZED FROM ZACHARY J. BATTAINI AT<br>BOSTON LOGAL INTERNATIONAL AIRPORT<br>ON NOVEMBER 26, 2016,<br>　　　　Defendant. | Civil Action No. _____ |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 21 U.S.C. § 881(a)(6), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the following:

   $36,000 in United States currency seized from Zachary J. Battaini at Boston Logan International Airport on November 26, 2016 (the "Currency").

3. As detailed in the Affidavit of Eugene M. DiFiore, Special Agent with the United States Drug Enforcement Administration, attached as Exhibit A and incorporated herein by reference, the Currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

WHEREFORE, the United States of America requests:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshals Service, commanding it to retain custody of the Currency and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Currency;

3. That thereafter, the Currency be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

> Respectfully submitted,
>
> WILLIAM D. WEINREB,
> Acting United States Attorney,
>
> By: /s/Eve A. Piemonte
> EVE A. PIEMONTE, BBO No. # 628883
> Assistant United States Attorney
> United States Attorney's Office
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100
> eve.piemonte@usdoj.gov

Date: April 5, 2017

## Verification

I, Eugene M. DiFiore, Special Agent with the Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information, and belief.

_____
Eugene M. DiFiore
Special Agent
Drug Enforcement Administration

Dated: April 5, 2017

## Jurat

Suffolk, ss.                                                                                          Boston, Massachusetts

On this 7 day of April, 2017, before me, Eugene M. DiFiore, Special Agent with the Drug Enforcement Administration, proved to me through D.E.A. IDENTIFICATION, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.



JEAN L. JAMIESON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 12, 2021

_____
Notary Public

My commission expires: 3\12\2021