UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>$36,000 IN UNITED STATES CURRENCY<br>SEIZED FROM ZACHARY J. BATTAINI AT<br>BOSTON LOGAN INTERNATIONAL AIRPORT<br>ON NOVEMBER 26, 2016,<br>　　　　　Defendant. | Civil Action No. _____ |

## WARRANT AND MONITION

To:    The United States Marshal for the District of Massachusetts, or his Deputies

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as:

> $36,000 in United States currency seized from Zachary J. Battaini at Boston Logan International Airport on November 26, 2016 (the "Currency"),

for forfeiture of the Currency to the United States pursuant to 21 U.S.C. § 881(a)(6), because it represents moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, proceeds traceable to such an exchange, and/or moneys, negotiable instruments, or securities used or intended to be used to facilitate such a violation.

This Court has found probable cause for forfeiture.   Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1)    Publishing notice of the United States' intent to forfeit the Currency via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint, by certified mail, postage prepaid and return receipt requested, or by serving such copies on the following listed parties by hand to:

Zachary J. Battaini
11 Saddlebred Drive
Leominster, MA 01453

You Are Further Commanded to take possession of, seize, arrest, attach, inspect and retain the Currency in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Currency, or assert that the Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY EVE A. PIEMONTE, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY EVE A. PIEMONTE, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE

UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION: ASSET FORFEITURE GROUP.

Robert M. Farrell, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date:_____, 2017

APPROVED AND SO ORDERED:

_____
United States District Judge