UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>$36,000 IN UNITED STATES CURRENCY<br>SEIZED FROM ZACHARY J. BATTAINI AT<br>BOSTON LOGAL INTERNATIONAL AIRPORT<br>ON NOVEMBER 26, 2016,<br>　　　　　Defendant,<br><br>ZACHARY J. BATTAINI,<br>　　　　　Claimant. | Civil Action No. 17-10609-RGS |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**STEARNS, D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Judgment by agreement of the Parties is hereby entered (1) for the forfeiture of $33,000 in United States currency (the "Forfeited Currency") to the United States, pursuant to 21 U.S.C. § 881(a)(6); and (2) for the release of $3,000 in United States currency (the "Released Currency") to the Claimant Zachary J. Battaini, via his attorney, Geoffrey G. Nathan, Esquire.

2. The Forfeited Currency shall be disposed of by the United States Drug Enforcement Administration, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

3. The Released Currency shall be returned to Zachary J. Battaini, via his attorney, Geoffrey G. Nathan, Esquire, by the United States Drug Enforcement Administration, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable

law.

4.  Any claim of interest of any other parties claiming any right, title, or interest in or to the Forfeited Currency and/or the Released Currency is hereby held in default and dismissed.

5.  This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment. Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 5th day of December, 2017.

_____
RICHARD G. STEARNS
United States District Judge

2